EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| *In re:* | 2025 TSPR 142 |
|---|---|
| Designación Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía | 216 DPR ___ |

Número del Caso:  EN-2025-0004


Fecha:  11 de diciembre de 2025



Materia: Designación Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía.




Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Designación Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía | EN-2025-04 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de diciembre de 2025.

De conformidad con la Regla 1(a)(1) y (a)(2) del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía (Reglamento), 4 LPRA Ap. XVII-C, según emendada en *In re R.1 y Miem. Com. Rep. Ejer. Abo.*, 200 DPR 827 (2018), se designan a las personas siguientes como miembros de la Comisión en los cargos que se indican a continuación:

Lcdo. Guillermo Arbona Lago, Presidente
Lcda. Jocelyn López Vilanova, Miembro Asociada
Dr. Robert Stolberg, Miembro Asociado
Sr. Bruno E. Cortés Trigo, Miembro Asociado
Lcdo. Miguel Candelario Piñeiro, Miembro Asociado
Lcdo. Rafael G. Rocher Valera, Miembro Asociado
Lcdo. Luis M. Barnecet Vélez, Miembro Asociado
Lcda. Yolanda Doitteau Ruiz, Miembro Asociada
Lcda. Luisa Colom García, Miembro Asociada

Conforme dispone la Regla 1(a)(2) del Reglamento, el Presidente de la Comisión ocupará su cargo por el término de cinco (5) años o hasta que su sucesor o sucesora sea nombrado. Igual término gozarán los Miembros Asociados siguientes: la Lcda. Jocelyn López Vilanova, el Dr. Robert Stolberg, el Sr. Bruno E. Cortés Trigo y el Lcdo. Miguel Candelario Piñeiro. Los restantes Miembros Asociados ocuparán sus cargos por el término de cuatro (4) años o hasta que se nombre su sucesor o sucesora. *Estos nombramientos entrarán en vigor inmediatamente.*

El Tribunal Supremo agradece a los miembros de la Comisión que hoy cesan en sus funciones por los años de

compromiso y dedicación para con este Tribunal y el Pueblo de Puerto Rico. A los nuevos miembros y aquellos que hoy revalidan en sus cargos, el Tribunal agradece su disposición de servir a la ciudadanía a través de la Comisión.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez hace constar las siguientes expresiones a las cuales se une el Juez Asociado señor Colón Pérez:

"Difiero del proceder de una mayoría de este Tribunal, quien hoy sustituye a la mitad de los miembros asociados y asociadas que componen la Comisión de Reputación para el Ejercicio de la Abogacía.

Estimo que una medida de esta naturaleza, que conlleva la sustitución de una porción sustancial de sus miembros, exigía una discusión del Pleno de esta Curia a fin de evaluar su impacto en la continuidad y estabilidad de los trabajos de la Comisión. En el pasado estos asuntos se discutían en el seno del Pleno de manera franca y transparente. Incluso, cuando hemos renovado a los y las miembros de las distintas comisiones, cada integrante del Tribunal solía someter un nombre para consideración de nuestro cuerpo colegiado.

Este tipo de deliberación previa nos hubiera permitido corroborar si existían circunstancias que justificaran este proceder, antes de adoptar una determinación que pudiera desarticular los trabajos de la Comisión. Este intercambio es beneficioso tanto para este Tribunal como para la profesión, pues nos permite evaluar previamente el desempeño de cada integrante, a la vez que nos provee la oportunidad para considerar detenidamente las credenciales de quienes se vislumbran como prospectos para ocupar un cargo en la Comisión.

En particular, albergo preocupación con la sustitución decretada para dos (2) profesoras de derecho, la Profa. Belén Guerrero Calderón y la Profa. Mayté Rivera Rodríguez, esta última catedrática, precisamente, en materia de Ética y Responsabilidad Profesional. Ambas profesoras son académicas de primer orden, respetadas en los círculos académicos, cuyo insumo resulta oportuno, valioso y esencial para el funcionamiento adecuado de la Comisión, entre otras razones, por su

conocimiento y su participación amplia y activa en la academia.

En ese sentido, la deliberación previa resultaba esencial para dilucidar los pormenores sobre el desempeño de los y las miembros de la Comisión, y ponderar sobre quiénes podrían ocupar de forma adecuada los puestos en dicho cuerpo, el cual se encarga de pasar juicio sobre aspirantes al ejercicio de la profesión. Este estudio no solo hubiera beneficiado la determinación de este Tribunal, sino que redundaría en un beneficio amplificado para la profesión legal.

Como ese no fue el proceder de este Tribunal, y se han sustituido varios miembros asociados y asociadas sin mayor explicación, discusión o análisis, disiento."


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo